ISAIA CALICHIO, respondent,

*v.*

ELIZABETH CALICHIO, appellant.

[Submitted July 6th, 1915.  Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Advisory Master Charles J. Roe.

*Mr. Alexander Simpson,* for the appellant.

*Mr. John Milton,* for the respondent.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master Roe.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.